UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VIVIAN CRUZ, as Special Administrator of the Estate of FRANCISCO CRUZ,<br><br>            Plaintiff,<br><br>v.<br><br>TRICAM INDUSTRIES, INC., et al.,<br><br>            Defendants. | )<br>)<br>)<br>)  2:05-CV-1143-PMP- PAL<br>)<br>)<br>)<br>)  O R D E R<br>)<br>)<br>)<br>) |

Before the Court for consideration are the Report of Findings and Recommendation of the Honorable Peggy A. Lee, Magistrate Judge, issued March 21, 2007, (Doc. #34) and Defendant's Motion for Summary Judgment (Doc. #32) filed March 13, 2007.

To date, Plaintiff has failed to file a Response in Opposition to Defendant's Motion for Summary Judgment or Objections to the Report of Findings and Recommendation by Magistrate Judge Leen. As a result, Plaintiff consents to the granting of Defendant's Motion for Summary Judgment and affirms the Recommendation of Magistrate Judge Leen.

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment (Doc. #32) is Granted, and that Judgment is hereby entered in favor of Defendants' and against Plaintiff.

IT IS FURTHER ORDERED that the Findings and Recommendations of Magistrate Judge Leen (Doc. #34) are Affirmed by the Court, and that Plaintiff's Complaint is hereby Dismissed.

Dated: May 10, 2007.

_____
PHILIP M. PRO
United States District Court Judge

2